**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nicholas R Beck | Social Security number or ITIN   xxx–xx–0909 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kristi L. Beck | Social Security number or ITIN   xxx–xx–3217 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–11652–JNP | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicholas R Beck                           Kristi L. Beck


6/2/20                                    **By the court:** Jerrold N. Poslusny Jr.
                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                             Case No. 15-11652-JNP
Nicholas R Beck                                                    Chapter 13
Kristi L. Beck
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 4                  Date Rcvd: Jun 02, 2020
                               Form ID: 3180W               Total Noticed: 85


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2020.
db/jdb         +Nicholas R Beck,    Kristi L. Beck,    11 Charles Avenue,    Blackwood, NJ 08012-5324
cr             +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L,    6409 Congress ave.,    Suite 100,
                 Suite 100,    Boca raton, FL 33487-2853
515438365      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515302866      +Brclysbankde,    125 S West St,    Wilmington, DE 19801-5014
515302881      +Cnvrgt Hthcr,    124 Sw Adams St,    Peoria, IL 61602-1320
515501182      +Cooper University Physician,    Convergent Healthcare Recoveries,    PO Box 1289,
                 Peoria, IL 61654-1289
515302885      +Cordua, Pastore & Associates,    1650 Suckle Highway,    Pennsauken, NJ 08110-1450
515405711      +Cordua, Pastore & Associates, LLC,    c/o Capehart & Scatchard, P.A. (SIS),
                 8000 Midlantic Drive, Suite 300-S,    Mt. Laurel, NJ 08054-1526
515302886      +Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1425
515302887      +David  Faloni, Jr.,    Faloni & Associates, LLC,    165 Passaic Avenue, Suite 301B,
                 Fairfield, NJ 07004-3592
518144301      +Ditech Financial LLC,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
515302889      +Dynia & Associates, LLC,    4849 N. Milwaukee Avenue,    Suite 801,    Chicago, IL 60630-2680
515302892      +First Financial Asset Management, Inc.,    P.O. Box 56245,    Atlanta, GA 30343-0245
515302893      +Frdm/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
515434116     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court:   Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,
                 Telephone # 888-298-7785)
515302895      +Green Tree Servicing L,    Po Box 6172,    Rapid City, SD 57709-6172
515302900       Kathleen Wall, Esquire,    2640 Highway 70,    P.O. box A,    Manasquan, NJ 08736-0631
515302902      +Lloyd S. Markind, Esquire,    Markind Law Group, P.C.,    102 Browning Lane, Bldg B, Ste 1,
                 Cherry Hill, NJ 08003-3195
515302903      +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
                 Mt. Laurel, NJ 08054-7269
515302909     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court:   Nissan-infiniti Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
515302906      +Ncofin/sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
518650458       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518650459       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
515302908      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
515312626       Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas TX 75266-0366
515302911       Pressler & Pressler, L.L.P.,    7 Entin Road,    Parsippany, NJ 07054-5020
515302912      +Ronald Desimone, Esq.,    900 N. Kings Highway,    Suite 307,    Cherry Hill, NJ 08034-1516
515302919     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Div of Tax and Compliance Bankruptcy,
                 P.O. Box 245,    Trenton, NJ 08695-0267)
515302916      +Sst/cigpflc,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
515302917      +Sst/synovus,    Po Box 3997,    Saint Joseph, MO 64503-0997
515302922       Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
515302923      +Susquehanna Bank Pa,    13511 Label Ln,    Hagerstown, MD 21740-2466
515596782      +United Supply Company, Division of USCO, Inc.,    c/o Kathleen R. Wall, Esq.,
                 2640 Highway 70, P.O. Box A,    Manasquan, NJ 08736-0631
515302931      +Visa Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2020 23:35:48     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2020 23:35:44     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: bankruptcy@bbandt.com Jun 02 2020 23:35:13     Branch Banking and Trust Company,
                 PO Box 1847,    Wilson, NC 27894
cr              EDI: IRS.COM Jun 03 2020 02:53:00      Internal Revenue Service,    955 S. Springfield Avenue,
                 Springfield, NJ  07081
515302858      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 02 2020 23:41:52     Advanta Bank Corp/cws,
                 Po Box 9217,    Old Bethpage, NY 11804-9017
515520776       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 02 2020 23:41:53
                 Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
515321545      +EDI: PHINAMERI.COM Jun 03 2020 02:53:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                 P O Box 183853,    Arlington, TX 76096-3853
515317235       EDI: AIS.COM Jun 03 2020 02:53:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
515302862       EDI: BANKAMER.COM Jun 03 2020 02:53:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
517571459       E-mail/Text: bankruptcy@bbandt.com Jun 02 2020 23:35:13     BB&T Bankruptcy,    PO Box 1847,
                 Wilson NC 27894
```

```
District/off: 0312-1                  User: admin                  Page 2 of 4                  Date Rcvd: Jun 02, 2020
                                      Form ID: 3180W               Total Noticed: 85


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515302859      +EDI: TSYS2.COM Jun 03 2020 02:53:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
515302861      +EDI: BANKAMER.COM Jun 03 2020 02:53:00      Bk Of Amer,   1800 Tapo Canyon,
                 Simi Valley, CA 93063-6712
515302867       EDI: CAPITALONE.COM Jun 03 2020 02:53:00      Cap One,   Po Box 85520,   Richmond, VA 23285
515393643      +E-mail/Text: bncmail@w-legal.com Jun 02 2020 23:35:56      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515302870      +EDI: CAPITALONE.COM Jun 03 2020 02:53:00      Cap1/bstby,   Po Box 5253,
                 Carol Stream, IL 60197-5253
515302871      +E-mail/Text: cms-bk@cms-collect.com Jun 02 2020 23:35:20      Capital Management Services, LP,
                 726 Exchange Street-Suite 700,    Buffalo, NY 14210-1464
515526897       EDI: CAPITALONE.COM Jun 03 2020 02:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
515302872      +E-mail/Text: bankruptcy@cavps.com Jun 02 2020 23:36:02      Cavalry,    P.O. Box 520,
                 Valhalla, NY 10595-0520
515302873      +E-mail/Text: bankruptcy@cavps.com Jun 02 2020 23:36:02      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
515327653      +E-mail/Text: bankruptcy@cavps.com Jun 02 2020 23:36:02      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515302878      +EDI: CITICORP.COM Jun 03 2020 02:53:00      Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
515302880      +E-mail/Text: mediamanagers@clientservices.com Jun 02 2020 23:34:37      Client Services, Inc.,
                 3451 Harry Truman Blvd.,    St. Charles, MO 63301-9816
515302883      +EDI: WFNNB.COM Jun 03 2020 02:53:00      Comenity Bank/avenue,    Po Box 182789,
                 Columbus, OH 43218-2789
515302884      +EDI: WFNNB.COM Jun 03 2020 02:53:00      Comenity Bank/cathrins,    4590 E Broad St,
                 Columbus, OH 43213-1301
515302888      +EDI: DISCOVER.COM Jun 03 2020 02:53:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
515302890      +EDI: CITICORP.COM Jun 03 2020 02:53:00      Exxmblciti,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
515302891       E-mail/Text: data_processing@fin-rec.com Jun 02 2020 23:35:20
                 Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
515302894      +EDI: PHINAMERI.COM Jun 03 2020 02:53:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
515302896      +E-mail/Text: bankruptcy@hccredit.com Jun 02 2020 23:36:34      Hccredit/feb,    Po Box 829,
                 Springdale, AR 72765-0829
515302899       EDI: JEFFERSONCAP.COM Jun 03 2020 02:53:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
515532335       EDI: JEFFERSONCAP.COM Jun 03 2020 02:53:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
515302875       EDI: JPMORGANCHASE Jun 03 2020 02:53:00      Chase Card,    Po Box 15298,   Wilmington, DE 19850
515302901      +E-mail/Text: bncnotices@becket-lee.com Jun 02 2020 23:34:50      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515302904      +EDI: MID8.COM Jun 03 2020 02:53:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
515302905      +E-mail/Text: bankruptcydepartment@tsico.com Jun 02 2020 23:36:18
                 NCO Financial Systems, Inc.,    P.O. BNox 15630,    Wilmington, DE 19850-5630
515302907      +E-mail/Text: bankruptcynotices@cbecompanies.com Jun 02 2020 23:36:05
                 Nelson, Watson & Associates, LLC,    80 Merrimack Street, Lower Level,
                 Haverhill, MA 01830-5211
515533038       EDI: PRA.COM Jun 03 2020 02:53:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
515507263       EDI: PRA.COM Jun 03 2020 02:53:00      Portfolio Recovery Associates, LLC,    c/o Exxonmobil,
                 POB 41067,    Norfolk VA 23541
515302910      +EDI: PRA.COM Jun 03 2020 02:53:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
515302913      +EDI: WFFC.COM Jun 03 2020 02:53:00      Rymr&flnign,    Po Box 94498,    Las Vegas, NV 89193-4498
515302914      +E-mail/Text: bankruptcy@savit.com Jun 02 2020 23:36:26      Sa-vit Enterprises,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
515302915      +E-mail/Text: bk-notification@sps-law.com Jun 02 2020 23:34:41      Schachter Portnoy, LLC,
                 3490 U.S. Route 1,    Princeton, NJ 08540-5920
515302924      +EDI: RMSC.COM Jun 03 2020 02:53:00      Syncb/care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
515302925      +EDI: RMSC.COM Jun 03 2020 02:53:00      Syncb/jcp,    Po Box 965007,   Orlando, FL 32896-5007
515302927      +EDI: RMSC.COM Jun 03 2020 02:53:00      Syncb/lenscrafters,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
515302928      +EDI: RMSC.COM Jun 03 2020 02:53:00      Syncb/sleep Number,    Po Box 965036,
                 Orlando, FL 32896-5036
515478525      +E-mail/Text: bankruptcysst@alorica.com Jun 02 2020 23:34:28
                 System & Services Technologies, Inc,    4315 Pickett Road,    St. Joseph, MO 64503-1600
515302929       EDI: TDBANKNORTH.COM Jun 03 2020 02:53:00      Td Bank N.a.,    32 Chestnut St,
                 Lewiston, ME 04240
515302930      +EDI: CITICORP.COM Jun 03 2020 02:53:00      Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
515302932      +EDI: WFFC.COM Jun 03 2020 02:53:00      Wells Fargo,    Po Box 29704,    Phoenix, AZ 85038-9704
515431089       EDI: ECAST.COM Jun 03 2020 02:53:00      eCAST Settlement Corporation, assignee,
                 of Citibank, N.A.,    POB 29262,   New York, NY 10087-9262
                                                                                               TOTAL: 51
```

```
District/off: 0312-1           User: admin              Page 3 of 4             Date Rcvd: Jun 02, 2020
                               Form ID: 3180W           Total Noticed: 85


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Jefferson Capital Systems LLC
cr*             Susquehanna Bank,    PO Box 639,   Maugansville, MD  21767-0639
515302863*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515302864*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515302865*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515302860*     +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
515302868*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Cap One,    Po Box 85520,    Richmond, VA 23285)
515302869*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Cap One,    Po Box 85520,    Richmond, VA 23285)
515302879*     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
515302882*     +Cnvrgt Hthcr,    124 Sw Adams St,    Peoria, IL 61602-1320
515302897*      IRS,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515302898*      IRS,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515302876*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court:  Chase Card,    Po Box 15298,    Wilmington, DE 19850)
515302877*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court:  Chase Card,    Po Box 15298,    Wilmington, DE 19850)
515507264*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    c/o Exxonmobil,    POB 41067,
                 Norfolk VA 23541)
515302920*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Div of Tax and Compliance Bankruptcy,
                 P.O. Box 245,    Trenton, NJ 08695-0267)
515302921*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Div of Tax and Compliance Bankruptcy,
                 P.O. Box 245,    Trenton, NJ 08695-0267)
515302918*     +Sst/synovus,    Po Box 3997,    Saint Joseph, MO 64503-0997
515302926*     +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
515302874     ##+Cawley & Bergmann, LLP,    117 Kinderkamack Road,    Suite 201,    River Edge, NJ 07661-1916
515473685     ##+Susquehanna Bank,    PO Box 639,    Maugansville, MD 21767-0639
515302857      ##acb American, Inc.,    P.O. Box 177,    Cincinnati, OH 45201-0177
                                                                                             TOTALS: 1, * 18, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2020 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
```

```
District/off: 0312-1            User: admin              Page 4 of 4              Date Rcvd: Jun 02, 2020
                                Form ID: 3180W           Total Noticed: 85
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Justin  Plean    on behalf of Creditor   Ditech Financial LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

        Laura M. Egerman    on behalf of Creditor   New Residential Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

        Miriam  Rosenblatt    on behalf of Creditor   Ditech Financial LLC miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com

        Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com

        Ronald E. Norman    on behalf of Joint Debtor Kristi L. Beck rnorman@rnormanlaw.com, ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com

        Ronald E. Norman    on behalf of Debtor Nicholas R Beck rnorman@rnormanlaw.com, ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com

        Sergio I. Scuteri    on behalf of Creditor   Cordua, Pastore & Associates, LLC sscuteri@capehart.com

        TOTAL: 10