| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | **Order Filed on July 8, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re: | Case No: _____<br><br>Chapter:                13<br><br>Hearing Date: _____<br><br>Judge: _____ |

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

❑ **MORTGAGE**        ❑ **LIEN**        ❑ **OTHER (specify)** _____

> Recommended Local Form:    ❑ Followed    ❑ Modified

The relief set forth on the

**DATED: July 8, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY
COURT WITH THE APPROPRIATE SEAL EFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) _____
   
   _____

4. Description of Mortgage/Judgment Lien:
    a. Original Mortgagee/Lienholder: _____
    b. Current Assignee: _____
    c. Current Servicer: _____
    d. Date of Mortgage/Lien: _____
    e. Date of Recordation: _____
    f. Place of Recordation: _____
        i. Mortgage Book: _____
        ii. Page: _____
    g. Original Principal Balance of Mortgage/Lien: $ _____

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*