**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Ronald E. Norman, LLC

Washington Professional Campus, II

901 Route 168, Suite 407A

Turnersville, NJ 08012

(856)374-3100

**Order Filed on July 8, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Nicholas R Beck and Kristi L Beck

| | |
|---|---|
| Case No: | 15-11652 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | JNP |

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,**
**VOIDING AND/OR DISCHARGE OF RECORD OF:**

❑ **MORTGAGE**    ☑ **LIEN**    ❑ **OTHER (specify)** _____

Recommended Local Form:  ☑ Followed    ❑ Modified

The relief set forth on the

**DATED: July 8, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY
COURT WITH THE APPROPRIATE SEAL EFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 11 Charles Ave, Blackwood NJ 08012 _____

   _____

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Citibank N.A. South Dakota _____
   b. Current Assignee: N/A _____
   c. Current Servicer: N/A _____
   d. Date of Mortgage/Lien: 04/07/2011 _____
   e. Date of Recordation: 04/15/2011 _____
   f. Place of Recordation: Superior Court of New Jersey _____
       i. Mortgage Book: Judgment:VJ-5367-11, DC-003391-11
       ii. Page: N/A _____

   g. Original Principal Balance of Mortgage/Lien: $ 13,756.26 _____

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-11652-JNP
Nicholas R Beck                                                                           Chapter 13
Kristi L. Beck
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin           Page 1 of 1              Date Rcvd: Jul 08, 2020
                               Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db/jdb        +Nicholas R Beck,    Kristi L. Beck,    11 Charles Avenue,    Blackwood, NJ 08012-5324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
            Justin Plean    on behalf of Creditor    Ditech Financial LLC jplean@rasflaw.com,
             bkyecf@rasflaw.com;ras@ecf.courtdrive.com
            Laura M. Egerman    on behalf of Creditor    New Residential Mortgage LLC bkyecf@rasflaw.com,
             bkyecf@rasflaw.com;legerman@rasnj.com
            Miriam  Rosenblatt    on behalf of Creditor    Ditech Financial LLC miriam.rosenblatt@mhllp.com,
             mrosenblatt@rasflaw.com
            Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
            Ronald E. Norman    on behalf of Debtor Nicholas R Beck rnorman@rnormanlaw.com,
             ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud
             .com
            Ronald E. Norman    on behalf of Joint Debtor Kristi L. Beck rnorman@rnormanlaw.com,
             ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud
             .com
            Sergio I. Scuteri    on behalf of Creditor     Cordua, Pastore & Associates, LLC
             sscuteri@capehart.com
                                                                                          TOTAL: 10