**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Ronald E. Norman, LLC
Washington Professional Campus, II
901 Route 168, Suite 407A
Turnersville, NJ 08012
(856)374-3100

**Order Filed on July 8, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Nicholas R Beck and Kristi L Beck

| | |
|---|---|
| Case No: | 15-11652 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | JNP |

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

❑ **MORTGAGE**    ☑ **LIEN**    ❑ **OTHER (specify)** _____

Recommended Local Form:    ☑ Followed    ❑ Modified

The relief set forth on the

**DATED: July 8, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

<u>NOTE TO RECORDING OFFICER</u>: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL EFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 11 Charles Ave, Blackwood NJ 08012 _____

   _____

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Midland Funding LLC _____
   b. Current Assignee: N/A _____
   c. Current Servicer: N/A _____
   d. Date of Mortgage/Lien: N/A _____
   e. Date of Recordation: N/A _____
   f. Place of Recordation: Superior Court of New Jersey _____
      i. Mortgage Book: Judgment L-000412-12 _____
      ii. Page: N/A _____
   g. Original Principal Balance of Mortgage/Lien: $ 16,829.93 _____

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court
District of New Jersey

In re:
Nicholas R Beck
Kristi L. Beck
      Debtors

Case No. 15-11652-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jul 08, 2020
                 Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db/jdb          +Nicholas R Beck,     Kristi L. Beck,     11 Charles Avenue,     Blackwood, NJ 08012-5324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                     Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
      summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
         Justin Plean    on behalf of Creditor    Ditech Financial LLC jplean@rasflaw.com,
      bkyecf@rasflaw.com;ras@ecf.courtdrive.com
         Laura M. Egerman    on behalf of Creditor    New Residential Mortgage LLC bkyecf@rasflaw.com,
      bkyecf@rasflaw.com;legerman@rasnj.com
         Miriam Rosenblatt    on behalf of Creditor    Ditech Financial LLC miriam.rosenblatt@mhllp.com,
      mrosenblatt@rasflaw.com
         Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
         Ronald E. Norman    on behalf of Debtor Nicholas R Beck rnorman@rnormanlaw.com,
      ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud
      .com
         Ronald E. Norman    on behalf of Joint Debtor Kristi L. Beck rnorman@rnormanlaw.com,
      ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud
      .com
         Sergio I. Scuteri    on behalf of Creditor    Cordua, Pastore & Associates, LLC
      sscuteri@capehart.com

                                                 TOTAL: 10